"O"

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CURTIS D. ASKINS,<br><br>       Petitioner,<br><br>    v.<br><br>A. A. LAMARQUE,<br><br>       Respondent. | Case No. CV 01-10752 MMM (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections, *de novo*. The Court finds that, while extensive, Petitioner's Objections, supporting facts, and attached exhibits merely reiterate the arguments proffered in the Petition. For example, Petitioner attaches affidavits from potential witnesses his trial attorney allegedly failed to interview or call, yet Petitioner still does not show how testimony by those witnesses would have overcome the evidence of his guilt.

IT IS ORDERED that:

1. The arguments raised in the Objections principally restate or rehash arguments that Petitioner raised in his Petition, traverse, and supplemental traverse, and lack merit for the same reasons discussed in the R&R. Therefore, the Objections are OVERRULED for the same reasons set forth in the R&R.

2. The Report and Recommendation is approved and adopted.

1  3. Judgment shall be entered denying the Petition and dismissing this action
2  with prejudice.
3  4. All motions are denied as moot and terminated.
4  IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of
5  this Order and the Judgment on all counsel or parties of record.

Dated: __AUG 2 0 2008__, 2007

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE