UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CURTIS D. ASKINS,<br>    Petitioner,<br>    v.<br>A. A. LAMARQUE,<br>    Respondent. | Case No. CV 01-10752 MMM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: AUG 20 2008 , 2007

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE