JS - 6 / ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CURTIS D. ASKINS, | Case No.  CV 01-10752 MMM (AN) |
|       Petitioner, | AMENDED JUDGMENT |
|       v. | |
| A. A. LAMARQUE, | |
|       Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the action is dismissed with prejudice for the reasons set forth in the Court's concurrently filed Order.

DATED: January 27, 2012

_Margaret M. Morrow_
MARGARET M. MARROW
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY